UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ananta Sustainability, LLC,
an Ohio limited liability company,

                Plaintiff,

v.                                      Civil Action No.: 23-12229

LNG Energy, Inc. d/b/a LNG Electric,
a Massachusetts corporation, and
Taylor Weaver, an individual,

                Defendants.

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ananta Sustainability, LLC, hereby dismisses all claims in the above-captioned action against Defendants LNG Energy, Inc. d/b/a LNG Electric and Taylor Weaver with prejudice.

                                    Respectfully submitted,

                                    */s/ Benjamin W. O'Grady*
                                    Benjamin W. O'Grady, BBO #696068
                                    bogrady@grsm.com
                                    857-263-2000
                                    Gordon Rees Scully Mansukhani, LLP
                                    28 State Street, Suite 1050
                                    Boston, MA  02109

                                    Mark T. Doerr (*pro hac vice application forthcoming*)
                                    **GREENSPOON MARDER LLP**
                                    590 Madison Avenue, Suite 1800
                                    New York, New York 10014
                                    Telephone:  212.524.5000
                                    Email:  mark.doerr@gmlaw.com

                                    *Attorneys for Ananta Sustainability, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of July 2024, I have filed the above and foregoing document electronically with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record.

                                        */s/ Benjamin O'Grady*_____
                                        Benjamin W. O'Grady